*United States District Court*
*District of Columbia*

_____ DIVISION

**FILED**

JAN 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Frederick Banks
_____
Plaintiff/Petitioner

VS.

Harley Lappin, Director Federal
Bureau of Prisons et al.
_____
Defendant(s)/Respondent(s)

CIVIL ACTION NO. 08 0152

AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED *IN FORMA PAUPERIS*

I, Frederick Banks, declare that I am the plaintiff/petitioner in the above-captioned proceeding; that in support of my motion to proceed without being required to prepay fees or costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; and, that I believe that I am entitled to redress.

I further declare that the responses which I make to the questions and instructions below are true.

1. Are you presently employed?   ☑ Yes   ☐ No

   a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. 3.00 FBOP PO Box 5050 Yazoo City, MS 39194

   b. If the answer is no, state the date of you last worked and the amount of salary or wages per month which you received. _____

2. Have you received within the past TWELVE (12) MONTHS <u>any</u> money from any of the following sources?

   a. Business, profession, or form of self-employment?   ☐ Yes   ☑ No
   b. Pensions, annuities, or life insurance payments?   ☐ Yes   ☑ No
   c. Rent payments, interest, or dividends?   ☐ Yes   ☑ No
   d. Gifts or inheritances?   ☑ Yes   ☐ No
   e. Any other sources?   ☐ Yes   ☑ No

If the answer to <u>any</u> of the above is yes, describe each <u>source</u> of money received and state the <u>amount</u> received from each during the past TWELVE (12) MONTHS. 100 Family

**RECEIVED**

JAN 0 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

3. Do you have any cash, or do you have money in a checking or savings account or prison account? (you must attach a certificate from prison authorities if you have money in a prison account)
   ☐ Yes   ☑ No   If yes, how much do you have? $_____

4. Do you own any real estate (house and/or property), stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household goods and furnishings?   ☐ Yes   ☑ No

   a. If the answer is yes, describe the property and state its approximate value.
   _____
   _____

   b. If the answer is yes, list any mortgages, liens, or loans against the property and state the amount you owe. _____
   _____
   _____

5. List the persons who are dependent upon you for their support. State your relationship to those persons and indicate how much you contribute toward their support. __No one_____
   _____

Signed this __27th__ day of __December__, __2007__.

_____
SIGNATURE OF PLAINTIFF/PETITIONER

## DECLARATION UNDER PENALTY OF PERJURY

YOU MUST DECLARE UNDER PENALTY OF PERJURY THAT THE ANSWERS YOU HAVE GIVEN HEREIN ARE TRUE AND CORRECT. GIVING A FALSE ANSWER OR FALSE INFORMATION IN RESPONSE TO ANY QUESTION WILL SUBJECT YOU TO FEDERAL PERJURY CHARGES. 18 U.S.C. §1621 PROVIDES AS FOLLOWS:

> Whoever --
> . . . .
> (2) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true;

is guilty of perjury and shall, except as otherwise expressly provided by law, be fined not more than $2,000 or imprisoned not more than five years, or both. This section is applicable whether the statement or subscription is made within or without the United States.

Understanding the above, I declare under penalty of perjury that the foregoing answers and information provided by me in support of my request to proceed *in forma pauperis* are true and correct.

Executed this __27th__ day of __December__, __2007__.

_____
SIGNATURE OF PLAINTIFF/PETITIONER

Under 4 USC § 109 as a Lakota Sioux Indian I am exempt from the filing fee. See Valandra v. Viedt 259 NW2d 510 (SD, 1977).