UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FREDERICK BANKS, )
                       Petitioner, )
                                   )
           v. )   Civil Action No. 08-0152
                                   )
HARLEY LAPPIN, *et al.*, )
                       Respondents. )

## ORDER

Petitioner, proceeding *pro se*, has submitted the requisite financial information pursuant to 28 U.S.C. § 1915(a). Upon review of the financial information, the Court finds that Petitioner is required to pay the statutory filing fee of $ 350.00 for this action in accordance with the provisions of 28 U.S.C. § 1915(b).

Accordingly, it is hereby

**ORDERED**, that:

1. Petitioner is obligated to pay an initial partial filing fee of **$ 3.97** to the Clerk of the United States District Court for the District of Columbia.

2. Petitioner is obligated to the United States District Court for the District of Columbia for twenty percent of the preceding month's income credited to his prison account as continued partial payments on the remaining balance of the $ 350.00 filing fee.

3. The authorized institution officer shall deduct from Petitioner's prison

account the initial payment described above. The remaining payments described above shall be deducted and paid to the Clerk of the United States District Court for the District of Columbia each time the amount in the account exceeds $10 until the filing fee is paid.

    4.    A copy of this Order shall be furnished to Petitioner's place of incarceration.

    5.    Petitioner's application to proceed *in forma pauperis* is GRANTED, except to the extent that Petitioner is required to make the payments set forth above.

SO ORDERED.

_____
United States District Judge

DATE:
2/26/08