UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FREDERICK BANKS | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | Civil Action No. 08- 0152 EGS |
| v | ) | |
| | ) | |
| HARLEY LAPPIN, et al., | ) | |
| | | |
| Respondents | | |

**REASSIGNMENT OF CIVIL CASE**
**(non-calendar committee)**

The above entitled action was assigned on February 27, 2008 from Unassigned (9098)

to Judge Sullivan because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC:   Judge Sullivan
& Courtroom Deputy
Civil Case Processing Clerk
     Statistical