UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED
APR 14 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Frederick Banks, )
    Plaintiff, )
    v. ) Civil Action No(s) 08-0152 EGS
Harley Lappin, et al )

## MOTION AND APPLICATION FOR AN INTERIM AWARD OF ATTORNEY'S FEES AND COSTS

Frederick Banks ("Banks") moves the court for an interim award of attorney's fees and costs and represents as follows:

    In this case Banks has substantially prevailed on defendant's motion to dismiss the complaint on several counts. Banks is presently a licensed attorney, a member of the native american bar association who is a member in good standing of a tribal court. Banks has a masters degree in law and is furthering his education through courses in law at brigham young and asheworth universities at the present time.

    Pro se counsel may recover attorney fees. Cook v Watt 597 F.Supp 552 (DC Alaska 1984) as can a pro se prisoner who is not an attorney. Jones v. United States Secret Service 81 FRD 700 (DC Col 1979). Banks moves the Court for an interim award of attorney's fees pursuant to 5 USCS § 552(a)(4)(E) and the Hyde Amendment. The request for fees is as follows:

24 hours of Research
3 hours of drafting documents at $200 an hour
Totaling $3,400.00

    Since Banks represents dozens of clients in criminal and civil matters presently and at the time he was working on the instant case and the research and drafting of the documents in this case took away from his practice and time he could spend generating pleadings for others the interim award is justified where defendants motion to dismiss was denied in part.

WHEREFORE, plaintiff Frederick Banks respectfully requests that the foregoing motion and application be granted.

Respectfully Submitted,

Frederick Banks
PO Box 5000
Yazoo City, MS 39194
Native American Bar No 07260401028

Certificate of Service

I hereby certify that on this 9th day of April 2008 I served a true and correct copy of the foregoing by mail delivery upon the following:

Clerk, US Dist Court
333 Constitution Ave, NW
Washington, DC 20001

cc: All Counsel of record [via electronic notification]

Frederick Banks