# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FREDERICK H. BANKS )
)
        *Pro Se* Plaintiff, )
)
    v. )      Civil Action No. 1:08-cv-00152-EGS
)
HARLEY LAPPIN *et al.*, )
)
      Defendants. )
_____)

## MOTION FOR RECONSIDERATION OF ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AND TO STAY PROCEEDINGS

Pursuant to Fed. R. Civ. P. 7(b)(1), Defendant Federal Bureau of Prisons ("BOP") respectfully requests that this Court vacate its February 26, 2008 Order granting Plaintiff *in forma pauperis* status and stay all proceedings in this case, including the filing of a response to Plaintiff's Complaint, until Plaintiff pays the requisite filing fees.[1]

Since March 2005, Plaintiff, a *pro se* prisoner, has filed 50 federal civil actions in various federal courts around the country, more than three of which were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. *See* Gov. Exh. A. Because of his frequent abuse of the judicial system, Plaintiff is not entitled to *in forma pauperis* ("IFP") status in this case under the Prisoner Litigation Reform Act (PLRA), 28 U.S.C. § 1915, and the Court should not allow Plaintiff to proceed with yet another lawsuit until he pays the required filing fees. In fact, in another one of Plaintiff's actions before this Court, on June 10, 2008, the Court found that Plaintiff was not entitled to IFP status. *Banks v. Federal Bureau of Prisons*, No. 08-0018, 2008 WL 2358682 (D.D.C. June 10, 2008) (Sullivan, J.)

_____

[1] In the alternative, if the Court does not stay the proceedings, Defendants respectfully request that they be given two additional weeks to June 30, 2008 to respond to Plaintiff's Complaint.

In support of this motion, Defendant respectfully refers the Court to the accompanying Memorandum of Points and Authorities and attachments thereto.

Because Plaintiff is a *pro se* prisoner, LCvR 7(m) is not applicable.  Therefore, the undersigned counsel did not confer with Plaintiff prior to filing this Motion.

Dated. June 16, 2008.                          Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, DC Bar # 434122
Assistant United States Attorney

/s/_____
JOHN C. TRUONG, D.C. Bar # 465901
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, D.C.  20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FREDERICK H. BANKS | ) | |
| | ) | |
| *Pro Se* Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:08-cv-00152-EGS |
| | ) | |
| HARLEY LAPPIN *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANT'S MOTION FOR RECONSIDERATION AND
TO STAY PROCEEDINGS

## I.  INTRODUCTION.

*Pro se* prisoner Frederick Banks is a prolific filer in federal court.  Plaintiff has filed

seven separate lawsuits in this district, three of which are assigned to this Court[2] and four of

which are assigned to Chief Judge Lamberth.[3]

In fact, due to Plaintiff's multiple lawsuits in this district, on June 10, 2008, this Court

stayed all proceedings in another one of Plaintiff's actions for thirty days and barred Plaintiff

from proceeding *in forma pauperis*.  *Banks v. Federal Bureau of Prisons*, No. 08-0018, 2008 WL

2358682 (D.D.C. June 10, 2008) (Sullivan, J.).  For the reasons set forth in the Court's June 10,

2008 Order and those elaborated below, the Court should similarly bar Plaintiff from proceeding

IFP and stay all proceedings in this case until Plaintiff pays the required filing fees.

[2] *See Banks v. Federal Bureau of Prisons*, No. 08-0018, 2008 WL 2358682 (D.D.C. June 10, 2008) (Sullivan, J.); *Banks v. Lappin*, 539 F.Supp.2d 228 (D.D.C. 2008) (Sullivan, J.); *Banks v. Department of Justice*, 538 F.Supp.2d 228 (D.D.C. 2008) (Sullivan, J.).

[3] *See Banks v. Greer*, Misc. No. 08-0308, slip op. (D.D.C. May 5, 2008) (Lamberth, J.); *Banks v. United States of Am.*, Misc. No. 08-0309, slip op. (D.D.C. May 5, 2008) (Lamberth, J.); *Banks v. Lawson*, Misc. No. 08-0277, slip op. (D.D.C. May 2, 2008) (Lamberth, J.).

## II.  FACTUAL BACKGROUND.

*Pro se* Plaintiff Frederick Banks is serving a 123-month sentence at the Federal

Correctional Institution in Yazoo City, Mississippi (FCC Yazoo City).  *See* Gov. Exh. B.  A

prolific litigator during his time in prison, he has received at least eight strikes under the PLRA

for filing suits that were dismissed as frivolous, malicious, or for failure to state a claim.  *See*

Gov. Exh. C.  In one consolidated appeal alone, Plaintiff incurred four strikes and was cautioned

that "he is barred from bringing a civil action or an appeal from a judgment in a civil action

without prepayment of the applicable filing fee unless he establishes that he is under imminent

danger of serious physical harm."  *Banks v. United States Marshal*, No. 07-6191, 2008 WL

1751700, at *3 (10th Cir. Apr. 16, 2008).  Plaintiff previously sought and received IFP status in

two suits in the Southern District of Mississippi; however, the court revoked his IFP status in

both cases when it learned that on three previous occasions during his incarceration he had

brought civil actions or appeals under 28 U.S.C. § 1915 that were dismissed as frivolous,

malicious, or for failure to state a claim upon which relief may be granted.  *See* Gov. Exh. D.

In addition to the present case, Plaintiff has filed at least six other actions in the District

of Columbia.  *See Banks v. Federal Bureau of Prisons*, No. 08-0018, 2008 WL 2358682 (D.D.C.

June 10, 2008) (Sullivan, J.); *Banks v. Lappin*, 539 F.Supp.2d 228 (D.D.C. 2008) (Sullivan, J.);

*Banks v. Department of Justice*, 538 F.Supp.2d 228 (D.D.C. 2008) (Sullivan, J.); *Banks v. Greer*,

Misc. No. 08-0308, slip op. (D.D.C. May 5, 2008) (Lamberth, C. J.); *Banks v. United States of*

*Am.*, Misc. No. 08-0309, slip op. (D.D.C. May 5, 2008); *Banks v. Lawson*, Misc. No. 08-0277,

slip op. (D.D.C. May 2, 2008) (Lamberth, C.J.).  Earlier this month, this Court revoked

Plaintiff's IFP status in one of those actions after learning of his PLRA violations and stayed all

2

proceedings for thirty days within which time Plaintiff had to pay the required filing fee.  *See Banks v. Federal Bureau of Prisons*, 2008 WL 2358682, at *2 (Gov. Exh. E).

Plaintiff filed the instant Complaint against Bureau of Prisons ("BOP") and BOP officials alleging that they have prevented him from practicing his religion in violation of the First Amendment and various prison directives.  Compl. at 1.  Specifically, he claims that prison officials have interrupted him during meditation, denied his request to perform religious music, withheld his religious magazines, and opened his mail.  Compl. at 1-2.  He requests that this Court issue a Writ of Mandamus compelling BOP officials to permit him to freely exercise his religion, to give him equal access to the prison chapel and chapel band equipment, and to cease "hindering and obstructing" his legal and religious mail.  Compl. at 1.

Plaintiff also filed a Motion for Leave to Proceed *in Forma Pauperis* under 28 U.S.C. § 1915(b), which the Court granted on February 26, 2008.  *See* Dkt. No. 5.  However, the Court should reconsider its grant of Plaintiff's IFP status because Plaintiff violates the PLRA and he is abusing the judicial system.

## III.    ARGUMENT.

To reduce the number of meritless claims filed by inmates, Congress established new standards for the grant of *in forma pauperis* status through the enactment of the Prison Litigation Reform Act ("PLRA").  *See Chandler v. D.C. Dept. of Corrections*, 145 F.3d 1355, 1357 (D.C. Cir. 1998).  The PLRA provides that an inmate who qualifies for *in forma pauperis* status is required to pay an initial partial filing fee and then the balance of the entire filing fee in monthly installments.  28 U.S.C. § 1915(b); *see Chandler*, 145 F.3d at 1357.  The PLRA provides in pertinent part:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated ... brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, *unless the prisoner is under imminent danger of serious physical injury.*

28 U.S.C. § 1915(g) (emphasis added).

Absent imminent danger of serious physical harm,[4] an inmate may not proceed *in forma pauperis* if the inmate has filed at least three prior cases while incarcerated that were dismissed as frivolous, malicious or for failure to state a claim (commonly referred to as the "three strikes" provision). 28 U.S.C. § 1915(g); *see Ibrahim v. District of Columbia*, 208 F.3d 1032, 1033 (D.C. Cir. 2000); *Smith v. District of Columbia*, 182 F.3d 25, 29 (D.C. Cir. 1999); *Chandler*, 145 F.3d at 1357. If an inmate is denied *in forma pauperis* status and fails to pay the full filing fee, the case should be dismissed. *See Smith*, 182 F.3d at 30.

The reviewing court "must search records of the prisoner's prior federal cases to determine whether judicial officers 'on 3 or more prior occasions' entered orders to dismiss and, if so whether the reason for the dismissals were frivolousness, maliciousness, or failure to state a claim upon which relief may be granted." *Rivera v. Allin*, 144 F.3d 719, 726 (11th Cir. 1998). Cases dismissed by courts prior to the effective date of the PLRA count as "strikes" under § 1915(g). *See Ibrahim*, 208 F.3d at 1036. Moreover, a dismissal on the merits by a district court is considered one strike and an appeal of the case that is likewise dismissed counts as a second

---

[4] An inmate faces "imminent danger" when a "threat or prison condition is real and proximate." *Lewis v. Sullivan*, 279 F.3d 526, 531 (7th Cir. 2002). Imminent danger is measured at the time the complaint or appeal is filed or when the motion to proceed *in forma pauperis* is made. *See Abdul-Akbar v. McKelvie*, 239 F.3d 307, 312-14 (3rd Cir. 2001); *Medberry v. Butler*, 185 F.3d 1189, 1193 (11th Cir. 1999); *Ashley v. Dilworth*, 147 F.3d 715, 717 (8th Cir. 1998); *Banos v. O'Guin*, 144 F.3d 883, 884-85 (5th Cir. 1998).

4

strike.  28 U.S.C. § 1915(g); *see Kalinowski v. Bond*, 358 F.3d 978, 978 (7th Cir. 2004); *Thompson v. Gibson*, 289 F.3d 1218, 1222-23 (10th Cir. 2002); *Adepegba v. Hammons*, 103 F.3d 383, 388 (5th Cir. 1996).  In addition, the "three strikes" provision applies to cases pending prior to PLRA's enactment.  *Id.* at 386-387 (finding that the provision does not affect a prisoner's substantive rights to pursue a claim but "merely puts prisoners who abuse a privilege on the same footing as everyone else").  However, properly filed habeas petitions normally are not considered strikes under the PLRA.  *See Blair-Bey v. Quick*, 151 F.3d 1036, 1040-42 (D.C. Cir. 1998).

In this case, since his imprisonment, Plaintiff has accumulated at least three "strikes" for purposes of the PLRA (*see* Gov. Exh. C.) and does not allege that he is in "imminent danger of serious physical injury."  *See Ibrahim,* 463 F.3d at 6  ("In determining whether [a plaintiff] qualifies [under the imminent danger exception], we look to the complaint . . . .").  Indeed, on June 10, 2008, in yet another action filed by Plaintiff, this Court found that Plaintiff was not in imminent danger.  *See Banks,* 2008 WL 2358682, at *2 (Gov. Exh. E).

In that same order, the Court required Plaintiff to pay the filing fees and stayed all proceedings until Plaintiff pays.  *Id.*  In doing so, the Court took judicial notice that Plaintiff was denied IFP status under Section 1915(g) in the U.S. Court of Appeals for the Eleventh Circuit and the U.S. District Court for the Southern District of Mississippi.  *See Banks,* 2008 WL 2358682, at *1 (Gov. Exh. E).  The Court also observed that Chief Judge Lamberth barred Plaintiff from proceeding IFP in this jurisdiction.  *Id*.  Furthermore, aside from Plaintiff's creative but baseless legal claims in this case, Plaintiff's circumstances remain the same as those set forth in the Court's June 10, 2008 Order.  Therefore, the Court should similarly revoke Plaintiff's IFP status and stay all proceedings in this case.

## IV.  CONCLUSION.

Because Plaintiff has filed three or more suits that were dismissed as frivolous, malicious or for failure to state a claim, the Court should (1) revoke his *in forma pauperis* status, (2) stay all proceedings for 30 days after the date of entry of this Order within which plaintiff shall pay the filing fees in full; and (3) dismiss this civil action without prejudice if plaintiff fails to make such payment within 30 days.

Dated: June 16, 2008.                    Respectfully submitted,


/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/ Rudolph Contreras
RUDOLPH CONTRERAS, DC Bar # 434122
Assistant United States Attorney


/s/ John C. Truong
JOHN C. TRUONG, D.C. Bar # 465901
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, D.C.  20530
(202) 307-0406
John.Truong@usdoj.gov

6

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 16th day of June, 2008, the foregoing

*Motion for Reconsideration of Order Granting Plaintiff's Motion to Proceed in Forma Pauperis*

*and to Stay Proceedings*, Memorandum of Point and all attachments, were served by First Class

Mail on *pro se* Plaintiff, with postage prepaid, addressed as follows:

Frederick H. Banks, #05711-068
Federal Correctional Institution Yazoo City (Low)
P.O. Box 5000
Yazoo City, MS 39194-5000

/s/ John C. Truong
JOHN C. TRUONG, D.C. Bar # 465901
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

7

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FREDERICK H. BANKS | ) | |
| | ) | |
| *Pro Se* Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:08-cv-00152-EGS |
| | ) | |
| HARLEY LAPPIN *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

Upon consideration of Defendants' Motion for Reconsideration of Order Granting Plaintiff's Motion to Proceed *In Forma Pauperis* and to Stay Proceedings, the entire record herein, and applicable law, it is this _____ day of _____, 2008, hereby

**ORDERED** that Defendants' Motion be and is hereby **GRANTED**; it is

**ORDERED** that the order granting Plaintiff *in forma pauperis* status be and is hereby **VACATED**; it is

**ORDERED** that all proceedings in the above-captioned action be and are hereby **STAYED** for 30 days after the date of entry of this Order within which time Plaintiff shall pay the filing fees in full; and it is

**FURTHER ORDERED** that, if Plaintiff fails to make such payment within 30 days of this Court, the above-captioned action shall be **DISMISSED** without prejudice

**SO ORDERED.**

_____
EMMET G. SULLIVAN
United States District Judge

8

Civil Name Search Results
102 Total Case matches for selection BANKS, FREDERICK for ALL COURTS
Thu Jun 12 12:24:05 2008



GOVERNMENT
EXHIBIT

A

| Name | Court | Case No. | Filed |
|------|-------|----------|-------|
| BANKS, FREDERICK | mssdce | 5:2008cv00012 | 01/29/2008 |
| BANKS, FREDERICK | pamdce | 1:2007cv00021 | 01/03/2007 |
| BANKS, FREDERICK | pamdce | 1:2007cv00022 | 01/03/2007 |
| BANKS, FREDERICK | moedce | 1:2008cv00058 | 04/18/2008 |
| BANKS, FREDERICK | mssdce | 5:2007cv00117 | 06/05/2007 |
| BANKS, FREDERICK | akdce | 3:2008cv00126 | 05/27/2008 |
| BANKS, FREDERICK | mssdce | 5:2008cv00153 | 02/26/2008 |
| BANKS, FREDERICK | mssdce | 5:2007cv00161 | 08/16/2007 |
| BANKS, FREDERICK | mssdce | 5:2007cv00172 | 09/14/2007 |
| BANKS, FREDERICK | mssdce | 5:2007cv00214 | 11/29/2007 |
| BANKS, FREDERICK | mssdce | 5:2007cv00226 | 12/17/2007 |
| BANKS, FREDERICK | okwdce | 5:2007cv00229 | 02/23/2007 |
| BANKS, FREDERICK | dcdce | 1:2008mc00277 | 05/02/2008 |
| BANKS, FREDERICK | dcdce | 1:2008mc00308 | 05/05/2008 |
| BANKS, FREDERICK | dcdce | 1:2008mc00309 | 05/05/2008 |
| BANKS, FREDERICK | okwdce | 5:2007cv00331 | 03/16/2007 |
| BANKS, FREDERICK | pawdce | 2:2007cv00336 | 03/16/2007 |
| BANKS, FREDERICK | pawdce | 2:2006cv00509 | 04/17/2006 |
| BANKS, FREDERICK | codce | 1:2007cv00587 | 03/23/2007 |
| BANKS, FREDERICK | pawdce | 2:2006cv00641 | 05/15/2006 |
| BANKS, FREDERICK | okwdce | 5:2006cv00655 | 06/16/2006 |
| BANKS, FREDERICK | ohndce | 1:2007cv00930 | 03/29/2007 |
| BANKS, FREDERICK | pamdce | 1:2007cv01019 | 06/04/2007 |
| BANKS, FREDERICK | wawdce | 2:2006cv01109 | 07/25/2006 |
| BANKS, FREDERICK | pamdce | 1:2006cv01127 | 06/05/2006 |
| BANKS, FREDERICK | pamdce | 1:2006cv01228 | 06/20/2006 |
| BANKS, FREDERICK | pamdce | 1:2006cv01232 | 06/20/2006 |
| BANKS, FREDERICK | pawdce | 2:2006cv01275 | 09/25/2006 |
| BANKS, FREDERICK | pamdce | 1:2006cv01396 | 07/17/2006 |
| BANKS, FREDERICK | pawdce | 2:2006cv01424 | 10/26/2006 |
| BANKS, FREDERICK | laedce | 2:2007cv01465 | 03/28/2007 |
| BANKS, FREDERICK | pamdce | 1:2006cv01549 | 08/10/2006 |
| BANKS, FREDERICK | pawdce | 2:2006cv01572 | 11/24/2006 |
| BANKS, FREDERICK | laedce | 2:2006cv01801 | 04/06/2006 |
| BANKS, FREDERICK | pamdce | 1:2006cv02289 | 11/28/2006 |
| BANKS, FREDERICK | paedce | 2:2006cv03369 | 07/31/2006 |
| BANKS, FREDERICK | cacdce | 2:2006cv04737 | 07/28/2006 |
| BANKS, FREDERICK | njdce | 3:2007cv04889 | 10/10/2007 |
| BANKS, FREDERICK | laedce | 2:1989cv05101 | 11/27/1989 |
| BANKS, FREDERICK | laedce | 2:2006cv09510 | 11/03/2006 |
| BANKS, FREDERICK | madce | 1:2008cv10880 | 05/23/2008 |
| BANKS, FREDERICK C | lamdce | 3:2007cv00348 | 05/17/2007 |
| BANKS, FREDERICK C. | ctdce | 3:1995cv02704 | 12/21/1995 |
| BANKS, FREDERICK C. | madce | 1:1996cv12373 | 11/26/1996 |
| BANKS, FREDERICK C. | madce | 1:1996cv12373 | 11/26/1996 |
| BANKS, FREDERICK G | lawdce | 1:2005cv01294 | 07/17/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00003 | 01/04/2005 |
| BANKS, FREDERICK H. | dcdce | 1:2008cv00018 | 01/04/2008 |
| BANKS, FREDERICK H. | pawdce | 2:2006cv00109 | 01/27/2006 |
| BANKS, FREDERICK H. | dcdce | 1:2008cv00152 | 01/25/2008 |
| BANKS, FREDERICK H. | dcdce | 1:2008cv00174 | 01/29/2008 |
| BANKS, FREDERICK H. | mssdce | 5:2007cv00183 | 09/26/2007 |
| BANKS, FREDERICK H. | mssdce | 5:2007cv00193 | 10/12/2007 |

| BANKS, FREDERICK H. | dcdce | 1:2008cv00194 | 02/01/2008 |
| BANKS, FREDERICK H. | mssdce | 5:2007cv00220 | 12/04/2007 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00261 | 07/05/2005 |
| BANKS, FREDERICK H. | dcdce | 1:2007cv00309 | 02/09/2007 |
| BANKS, FREDERICK H. | dcdce | 1:2007cv00321 | 02/09/2007 |
| BANKS, FREDERICK H. | dcdce | 1:2007cv00466 | 03/13/2007 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00502 | 04/18/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00594 | 07/05/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00595 | 07/05/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00596 | 07/05/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00597 | 07/05/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00598 | 07/05/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00599 | 07/05/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00600 | 07/05/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00601 | 07/05/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00602 | 07/05/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00603 | 07/05/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00604 | 07/05/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00605 | 07/05/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00606 | 07/05/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00607 | 07/05/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00608 | 07/05/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00609 | 07/05/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00610 | 07/05/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00611 | 07/05/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00612 | 07/05/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00613 | 07/05/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00614 | 07/05/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00615 | 07/05/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00616 | 07/05/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00617 | 07/05/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv00781 | 06/06/2005 |
| BANKS, FREDERICK H. | dcdce | 1:2006cv00887 | 05/10/2006 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv01064 | 08/01/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2005cv01128 | 08/10/2005 |
| BANKS, FREDERICK H. | pawdce | 2:2004cv01771 | 11/18/2004 |
| BANKS, FREDERICK H. | dcdce | 1:2006cv01868 | 11/01/2006 |
| BANKS, FREDERICK H. | dcdce | 1:2006cv01950 | 11/15/2006 |
| BANKS, FREDERICK H. | dcdce | 1:2006cv02066 | 12/04/2006 |
| BANKS, FREDERICK HAMILTON | mssdce | 5:2007cv00034 | 02/22/2007 |
| BANKS, FREDERICK HAMILTON | mssdce | 5:2007cv00038 | 03/29/2007 |
| BANKS, FREDERICK HAMILTON | hidce | 1:2008cv00072 | 02/19/2008 |
| BANKS, FREDERICK HAMILTON | ncedce | 5:2006cv00491 | 11/21/2006 |
| BANKS, FREDERICK HAMILTON | scdce | 6:2008cv00915 | 03/20/2008 |
| BANKS, FREDERICK HAMILTON | pawdce | 2:2004cv01943 | 12/28/2004 |
| BANKS, FREDERICK HAMILTON | ncedce | 5:2007hc02011 | 01/09/2007 |
| BANKS, FREDERICK HAMILTON | ncedce | 5:2007hc02023 | 01/19/2007 |
| BANKS, FREDERICK HAMILTON | ncedce | 5:2006hc02153 | 09/07/2006 |
| BANKS, FREDERICK HAMILTON | ncedce | 5:2007ct03037 | 03/09/2007 |


GOVERNMENT
EXHIBIT
B

```
 BOPOK              *       PUBLIC INFORMATION              *    04-28-2008
PAGE 001            *          INMATE DATA                  *    11:35:13
                            AS OF 04-28-2008

REGNO..: 05711-068 NAME: BANKS, FREDERICK H

                    RESP OF: YAZ / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 662-751-4800    FAX: 662-716-1036
                                               RACE/SEX...: BLACK / MALE
                                               AGE: 40
PROJ REL MT: GOOD CONDUCT TIME RELEASE         PAR ELIG DT: N/A
PROJ REL DT: 05-23-2013                        PAR HEAR DT:
------------------------------ ADMIT/RELEASE HISTORY ----------------------------
FCL  ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
YAZ  A-DES      DESIGNATED, AT ASSIGNED FACIL 09-05-2007 1027 CURRENT
8-K  RELEASE    RELEASED FROM IN-TRANSIT FACL 09-05-2007 1127 09-05-2007 1127
8-K  A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-05-2007 1036 09-05-2007 1127
YAM  HLD REMOVE HOLDOVER REMOVED              09-05-2007 0936 09-05-2007 0936
YAM  A-HLD      HOLDOVER, TEMPORARILY HOUSED  08-27-2007 1034 09-05-2007 0936
6-Y  RELEASE    RELEASED FROM IN-TRANSIT FACL 08-27-2007 1134 08-27-2007 1134
6-Y  A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-27-2007 1056 08-27-2007 1134
YAZ  TRANS SEG  TRANSFER-SEGREGATION          08-27-2007 0956 09-05-2007 1027
YAZ  A-DES      DESIGNATED, AT ASSIGNED FACIL 02-16-2007 1833 08-27-2007 0956
A01  RELEASE    RELEASED FROM IN-TRANSIT FACL 02-16-2007 1933 02-16-2007 1933
A01  A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-16-2007 0945 02-16-2007 1933
OKL  HLD REMOVE HOLDOVER REMOVED              02-16-2007 0845 02-16-2007 0845
OKL  A-BOP HLD  HOLDOVER FOR INST TO INST TRF 02-14-2007 1900 02-16-2007 0845
6-P  RELEASE    RELEASED FROM IN-TRANSIT FACL 02-14-2007 2000 02-14-2007 2000
6-P  A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-14-2007 0945 02-14-2007 2000
BUF  TRANSFER   TRANSFER                      02-14-2007 0945 02-14-2007 0945
BUF  A-DES      DESIGNATED, AT ASSIGNED FACIL 08-23-2006 0831 02-14-2007 0945
B09  RELEASE    RELEASED FROM IN-TRANSIT FACL 08-23-2006 0831 08-23-2006 0831
B09  A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-23-2006 0541 08-23-2006 0831
PEM  HLD REMOVE HOLDOVER REMOVED              08-23-2006 0541 08-23-2006 0541
PEM  A-BOP HLD  HOLDOVER FOR INST TO INST TRF 08-09-2006 1333 08-23-2006 0541
B15  RELEASE    RELEASED FROM IN-TRANSIT FACL 08-09-2006 1333 08-09-2006 1333
B15  A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-09-2006 0636 08-09-2006 1333
PHL  HLD REMOVE HOLDOVER REMOVED              08-09-2006 0636 08-09-2006 0636
PHL  A-BOP HLD  HOLDOVER FOR INST TO INST TRF 08-07-2006 1724 08-09-2006 0636
A01  RELEASE    RELEASED FROM IN-TRANSIT FACL 08-07-2006 1724 08-07-2006 1724
A01  A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-07-2006 0835 08-07-2006 1724
CAA  TRANSFER   TRANSFER                      08-07-2006 0835 08-07-2006 0835
CAA  A-DES      DESIGNATED, AT ASSIGNED FACIL 04-17-2006 1655 08-07-2006 0835
A01  RELEASE    RELEASED FROM IN-TRANSIT FACL 04-17-2006 1655 04-17-2006 1655
A01  A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-17-2006 0900 04-17-2006 1655
OKL  HLD REMOVE HOLDOVER REMOVED              04-17-2006 0800 04-17-2006 0800
OKL  A-HLD      HOLDOVER, TEMPORARILY HOUSED  03-28-2006 1715 04-17-2006 0800
P06  RELEASE 03 RELEASED FROM IN-TRANSIT, MAR 03-28-2006 1815 03-28-2006 1815
P06  A-ADMIT 03 ADMITTED TO IN-TRANSIT, MAR   03-09-2006 0530 03-28-2006 1815
I-T  RELEASE    RELEASED FROM IN-TRANSIT FACL 03-09-2006 0530 03-09-2006 0530

G0002       MORE PAGES TO FOLLOW . . .
```

```
BOPOK              *        PUBLIC INFORMATION          *      04-28-2008
PAGE 002           *           INMATE DATA              *      11:35:13
                              AS OF 04-28-2008

REGNO..: 05711-068 NAME: BANKS, FREDERICK H

                    RESP OF: YAZ / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 662-751-4800   FAX: 662-716-1036
I-T    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 11-09-2005 0530 03-09-2006 0530
A01    RELEASE      RELEASED FROM IN-TRANSIT FACL  11-09-2005 0530 11-09-2005 0530
A01    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 11-08-2005 0915 11-09-2005 0530
OKL    HLD REMOVE   HOLDOVER REMOVED               11-08-2005 0815 11-08-2005 0815
OKL    A-HLD        HOLDOVER, TEMPORARILY HOUSED   11-02-2005 1710 11-08-2005 0815
8-C    RELEASE      RELEASED FROM IN-TRANSIT FACL  11-02-2005 1810 11-02-2005 1810
8-C    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 11-02-2005 1006 11-02-2005 1810
CAA    FED WRIT     RELEASE ON FEDERAL WRIT        11-02-2005 1006 04-17-2006 1655
CAA    A-DES        DESIGNATED, AT ASSIGNED FACIL  10-19-2005 1635 11-02-2005 1006
A01    RELEASE      RELEASED FROM IN-TRANSIT FACL  10-19-2005 1635 10-19-2005 1635
A01    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 10-19-2005 0702 10-19-2005 1635
ATL    HLD REMOVE   HOLDOVER REMOVED               10-19-2005 0702 10-19-2005 0702
ATL    A-HLD        HOLDOVER, TEMPORARILY HOUSED   10-18-2005 2042 10-19-2005 0702
A01    RELEASE      RELEASED FROM IN-TRANSIT FACL  10-18-2005 2042 10-18-2005 2042
A01    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 10-18-2005 1000 10-18-2005 2042
OKL    HLD REMOVE   HOLDOVER REMOVED               10-18-2005 0900 10-18-2005 0900
OKL    A-HLD        HOLDOVER, TEMPORARILY HOUSED   10-11-2005 1630 10-18-2005 0900
P05    RELEASE 10   RELEASED FROM IN-TRANSIT, OCT  10-11-2005 1730 10-11-2005 1730
P05    A-ADMIT 07   ADMITTED TO IN-TRANSIT, JUL    07-08-2005 0530 10-11-2005 1730
2-A    RELEASE      RELEASED FROM IN-TRANSIT FACL  07-08-2005 0530 07-08-2005 0530
2-A    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 03-10-2005 1509 07-08-2005 0530
CPG    ADMIN REL    ADMINISTRATIVE RELEASE         03-10-2005 1509 03-10-2005 1509
CPG    A-ADMIN      ADMINISTRATIVE ADMISSION       03-10-2005 1456 03-10-2005 1509
CPG    FT REL       FULL TERM RELEASE (CCCA)       11-22-1996 0845 03-10-2005 1456
CPG    A-DES        DESIGNATED, AT ASSIGNED FACIL  07-25-1996 1400 11-22-1996 0845
2-A    RELEASE      RELEASED FROM IN-TRANSIT FACL  07-25-1996 1400 07-25-1996 1400
2-A    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 07-10-1996 0745 07-25-1996 1400
CPG    ADMIN REL    ADMINISTRATIVE RELEASE         07-10-1996 0745 07-10-1996 0745
CPG    A-ADMIN      ADMINISTRATIVE ADMISSION       07-10-1996 0744 07-10-1996 0745
```

G0002       MORE PAGES TO FOLLOW . . .

```
BOPOK            *       PUBLIC INFORMATION        *     04-28-2008
PAGE 003         *          INMATE DATA            *     11:35:13
                            AS OF 04-28-2008

REGNO..: 05711-068 NAME: BANKS, FREDERICK H

                   RESP OF: YAZ / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 662-751-4800    FAX: 662-716-1036
PRE-RELEASE PREPARATION DATE: 11-23-2012

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  05-23-2013 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 020 ---------------------

COURT OF JURISDICTION..........: PENNSYLVANIA, WESTERN DISTRICT
DOCKET NUMBER...................: 03-245
JUDGE...........................: HARDIMAN
DATE SENTENCED/PROBATION IMPOSED: 02-25-2005
DATE COMMITTED.................: 10-19-2005
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

              FELONY ASSESS  MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.: $700.00       $00.00         $00.00       $00.00

RESTITUTION...:  PROPERTY: NO  SERVICES: NO       AMOUNT:  $70,708.59

---------------------CURRENT OBLIGATION NO: 010 ---------------------
OFFENSE CODE....: 153
OFF/CHG: COUNTS 1 - 3: MAIL FRAUD / 18 USC 1341 & 2; COUNT 4: CRIMINAL
         COPYRIGHT INFRINGEMENT / 17 USC 506(A)(1) & 18 USC 2319(B)(1);
         COUNT 5: MONEY LAUNDERING / 18 USC 1957; COUNT 6: UTTERING AND
         POSSESSION OF A COUNTERFEIT OR FORGED SECURITY / 18 USC 513(A)
         COUNT 7: WITNESS TAMPERING / 18 USC 1512(B)(2)(A)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:  60 MONTHS
 TERM OF SUPERVISION............:   3 YEARS
 DATE OF OFFENSE................: 12-18-2002

---------------------CURRENT JUDGMENT/WARRANT NO: 030 ---------------------

COURT OF JURISDICTION..........: PENNSYLVANIA, WESTERN DISTRICT
DOCKET NUMBER...................: CR 04-176
JUDGE...........................: CONTI
DATE SENTENCED/PROBATION IMPOSED: 03-10-2006
DATE COMMITTED.................: 04-17-2006
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT

G0002       MORE PAGES TO FOLLOW . . .
```

```
BOPOK           *        PUBLIC INFORMATION        *     04-28-2008
PAGE 004         *          INMATE DATA            *     11:35:13
                            AS OF 04-28-2008
```

REGNO..: 05711-068 NAME: BANKS, FREDERICK H

```
                 RESP OF: YAZ / DESIGNATED, AT ASSIGNED FACIL
                 PHONE..: 662-751-4800    FAX: 662-716-1036
PROBATION IMPOSED...............: NO

              FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $800.00      $00.00         $00.00      $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO     AMOUNT: $15,100.10
```

-----------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 150
OFF/CHG: USC1341 MAIL FRAUD COUNT 1

```
  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   63 MONTHS
  TERM OF SUPERVISION............:   36 MONTHS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CS TO 020 010
  DATE OF OFFENSE................: 06-23-2004
```

-----------------------CURRENT COMPUTATION NO: 020 ------------------------

COMPUTATION 020 WAS LAST UPDATED ON 04-10-2008 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 04-10-2008 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010, 030 010

```
DATE COMPUTATION BEGAN..........: 02-25-2005
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:  123 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   10 YEARS      3 MONTHS
AGGREGATED TERM OF SUPERVISION..:    3 YEARS
EARLIEST DATE OF OFFENSE........: 12-18-2002

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                     11-12-2003     11-12-2003
                                     05-11-2004     05-11-2004
                                     06-23-2004     02-24-2005
```

G0002        MORE PAGES TO FOLLOW . . .

```
    BOPOK        *          PUBLIC INFORMATION      *      04-28-2008
    PAGE 005     *             INMATE DATA          *      11:35:13
                              AS OF 04-28-2008

  REGNO..: 05711-068 NAME: BANKS, FREDERICK H

                      RESP OF: YAZ / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 662-751-4800    FAX: 662-716-1036
  TOTAL PRIOR CREDIT TIME.........: 249
  TOTAL INOPERATIVE TIME..........: 0
  TOTAL GCT EARNED AND PROJECTED..: 482
  TOTAL GCT EARNED................: 162
  STATUTORY RELEASE DATE PROJECTED: 05-23-2013
  SIX MONTH /10% DATE.............: N/A
  EXPIRATION FULL TERM DATE.......: 09-17-2014


  PROJECTED SATISFACTION DATE.....: 05-23-2013
  PROJECTED SATISFACTION METHOD...: GCT REL
```

```
  G0002        MORE PAGES TO FOLLOW . . .
```



GOVERNMENT
EXHIBIT

C

## EXHIBIT C

In *Banks v. United States Marshal*, No. 07-6191, 2008 WL 1751700 (10th Cir. Apr. 16, 2008), Plaintiff's appeal was dismissed as frivolous, and he was assessed four strikes under 28 U.S.C. § 1915(g).

In *Banks v. Pittsburgh Tribune Review*, No. 07-336, 2007 WL 1314617 (W.D. Pa. May 4, 2007), Plaintiff's claim was dismissed for failure to state a claim.

In *Banks v. Dove*, No. 06-2289, 2007 WL 136823 (M.D. Pa. Jan. 16, 2007), Plaintiff's claim was dismissed as frivolous.

In *Banks v. Hayward*, No. 06-1572, 2007 WL 120045 (W.D. Pa. Jan 10, 2007), Plaintiff's claim was dismissed as frivolous and/or for failure to state a claim.

In *Banks v. Hayward*, No. 06-509, 2006 WL 1520693 (W.D. Pa. May 30, 2006), Plaintiff's claim was dismissed for failure to state a claim.



GOVERNMENT
EXHIBIT
 D

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

FREDERICK BANKS, #05711-068                                             PLAINTIFF

VERSUS                                      CIVIL ACTION NO. 5:07-cv-117-DCB-MTP

CONSTANCE REESE                                                       DEFENDANT

### ORDER REVOKING IN FORMA PAUPERIS STATUS AND
### REQUIRING PLAINTIFF TO PAY FILING FEE

Before this court is the plaintiff's civil rights complaint filed pursuant to Title 42, United

States Code, Section 1983. Frederick Banks was previously granted in forma pauperis ("i.f.p.")

status in this cause pursuant to 28 U.S.C. § 1915. It has come to the attention of the court that

plaintiff has on not less than three occasions, while incarcerated, brought a civil action or appeal

under § 1915 which has been dismissed as frivolous, malicious, or for failure to state a claim

upon which relief may be granted. Thus, for the reasons stated below, plaintiff's i.f.p. status

should be revoked pursuant to 28 U.S.C. § 1915(g).

#### DISCUSSION

On April 26, 1996 the Prison Litigation Reform Act, Pub.L. No. 104-134, 110 Stat. 1321

(1996)("PLRA") became law. The PLRA modifies the requirements for proceeding in forma

pauperis in federal courts. Among other things, a prisoner's privilege to proceed i.f.p. is revoked

if they have, on three prior occasions during detention, had an action or appeal dismissed as

frivolous, malicious, or for failing to state a claim. 28 U.S.C. § 1915(g).[1] The court must

---

[1] "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or
proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated
or detained in any facility brought an action or appeal in a court of the United States that was
dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief

consider all actions which were dismissed as frivolous, malicious or which failed to state a claim,

whether dismissed before or after enactment of the PLRA. Adepegba v. Hammons, 103 F.3d 383,

386 (5th Cir. 1996)(counting as a "strike" a district court's dismissal, prior to enactment of the

PLRA, of a frivolous § 1983 claim). Additionally, the "three strikes" provision applies to cases

pending prior to the enactment of the PLRA.

> Although section 1915(g) attaches consequences to past actions, we find that these
> consequences are matters of procedure. Section 1915(g) does not affect a
> prisoner's substantive rights, and it does not block his or her access to the courts.
> A prisoner may still pursue any claim after three qualifying dismissals, but he or
> she must do so without the aid of the i.f.p. procedures... Prisoners who are not
> allowed to proceed i.f.p. may pursue their substantive claims just as anyone else
> by paying the filing fee. This requirement is neither novel or penal. It does not
> increase a prisoner's liability, but merely puts prisoners who abuse a privilege on
> the same footing as everyone else. Id. at 386-87.

Frederick Banks has, on not less than three occasions, "brought an action or appeal in a court of

the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state

a claim upon which relief may be granted."[2] Therefore, revocation of the plaintiff's i.f.p.

privilege is appropriate. Id. at 387.

IT IS THEREFORE ORDERED AND ADJUDGED, that plaintiff's in forma pauperis

status should be, and is hereby revoked pursuant to 28 U.S.C. § 1915(g).

---

may be granted, unless the prisoner is under imminent danger of serious physical injury."

[2]    In Banks v. Hayward, et al., No. 06-509 (W.D. Pa. May 30, 2006), plaintiff's claim was
dismissed for failure to state a claim.

In Banks v. Hayward, et al., No. 06-1572 (W.D. Pa. Jan. 10, 2007), plaintiff's claim was
dismissed as frivolous and/or for failure to state a claim.

In Banks v. Dove, et al., No. 06-2289 (M.D. Pa. Jan. 16, 2007), plaintiff's claim was
dismissed as frivolous.

In Banks v. Pittsburgh Tribune Review, et al., No. 07-336 (W.D. Pa. May 4, 2007),
plaintiff's claim was dismissed for failure to state a claim.

IT IS FURTHER ORDERED AND ADJUDGED, that plaintiff should be, and is

hereby granted thirty (30) days from the date of this order, to pay to the Clerk of Court the

requisite filing fee. Failure to pay the filing fee may result in an order of dismissal for want

of prosecution under FED. R. CIV. P. 41(b).

SO ORDERED AND ADJUDGED, this the 19th day of November, 2007.

s/ David Bramlette<br>
UNITED STATES DISTRICT JUDGE

5:07-cv-117-DCB-MTP

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

FREDERICK BANKS, #05711-068                                    **PLAINTIFF**

VERSUS                                    CIVIL ACTION NO. 5:07-cv-161-DCB-MTP

FEDERAL BUREAU OF PRISONS                                    **DEFENDANT**

### ORDER REVOKING IN FORMA PAUPERIS STATUS AND
### REQUIRING PLAINTIFF TO PAY FILING FEE

Before this court is the plaintiff's civil rights complaint filed pursuant to Title 42. United

States Code, Section 1983. Frederick Banks was previously granted in forma pauperis ("i.f.p.")

status in this cause pursuant to 28 U.S.C. § 1915. It has come to the attention of the court that

plaintiff has on not less than three occasions, while incarcerated, brought a civil action or appeal

under § 1915 which has been dismissed as frivolous, malicious, or for failure to state a claim

upon which relief may be granted. Thus, for the reasons stated below, plaintiff's i.f.p. status

should be revoked pursuant to 28 U.S.C. § 1915(g).

### DISCUSSION

On April 26, 1996 the Prison Litigation Reform Act, Pub.L. No. 104-134, 110 Stat. 1321

(1996)("PLRA") became law. The PLRA modifies the requirements for proceeding in forma

pauperis in federal courts. Among other things, a prisoner's privilege to proceed i.f.p. is revoked

if they have, on three prior occasions during detention, had an action or appeal dismissed as

frivolous, malicious, or for failing to state a claim. 28 U.S.C. § 1915(g).¹ The court must

---

¹ "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or
proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated
or detained in any facility brought an action or appeal in a court of the United States that was
dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief

consider all actions which were dismissed as frivolous, malicious or which failed to state a claim,

whether dismissed before or after enactment of the PLRA. Adepegba v. Hammons, 103 F.3d 383,

386 (5th Cir. 1996)(counting as a "strike" a district court's dismissal, prior to enactment of the

PLRA, of a frivolous § 1983 claim). Additionally, the "three strikes" provision applies to cases

pending prior to the enactment of the PLRA.

> Although section 1915(g) attaches consequences to past actions, we find that these
> consequences are matters of procedure. Section 1915(g) does not affect a
> prisoner's substantive rights, and it does not block his or her access to the courts.
> A prisoner may still pursue any claim after three qualifying dismissals, but he or
> she must do so without the aid of the i.f.p. procedures... Prisoners who are not
> allowed to proceed i.f.p. may pursue their substantive claims just as anyone else
> by paying the filing fee. This requirement is neither novel or penal. It does not
> increase a prisoner's liability, but merely puts prisoners who abuse a privilege on
> the same footing as everyone else. Id. at 386-87.

Frederick Banks has, on not less than three occasions, "brought an action or appeal in a court of

the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state

a claim upon which relief may be granted."[2] Therefore, revocation of the plaintiff's i.f.p.

privilege is appropriate. Id. at 387.

**IT IS THEREFORE ORDERED AND ADJUDGED,** that plaintiff's in forma pauperis

---

may be granted, unless the prisoner is under imminent danger of serious physical injury."

[2] In Banks v. Hayward, et al., No. 06-509 (W.D. Pa. May 30, 2006), plaintiff's claim was
dismissed for failure to state a claim.

In Banks v. Hayward, et al., No. 06-1572 (W.D. Pa. Jan. 10, 2007), plaintiff's claim was
dismissed as frivolous and/or for failure to state a claim.

In Banks v. Dove, et al., No. 06-2289 (M.D. Pa. Jan. 16, 2007), plaintiff's claim was
dismissed as frivolous.

In Banks v. Pittsburgh Tribune Review, et al., No. 07-336 (W.D. Pa. May 4, 2007),
plaintiff's claim was dismissed for failure to state a claim.

2

status should be. and is hereby revoked pursuant to 28 U.S.C. § 1915(g).

IT IS FURTHER ORDERED AND ADJUDGED, that plaintiff should be. and is

hereby granted thirty (30) days from the date of this order. to pay to the Clerk of Court the

requisite filing fee. Failure to pay the filing fee may result in an order of dismissal for want

of prosecution under FED. R. CIV. P. 41(b).

SO ORDERED AND ADJUDGED, this the 19th day of November, 2007.

s/ David Bramlette
UNITED STATES DISTRICT JUDGE

5:07-cv-161-DCB-MTP                      3



GOVERNMENT
EXHIBIT

E

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FREDERICK BANKS,                    )
                                    )
            Plaintiff,              )
                                    )
        v.                          )    Civil Action No. 08-0018  (EGS)
                                    )
FEDERAL BUREAU OF PRISONS,          )
                                    )
            Defendant.              )

## MEMORANDUM OPINION

This matter is before the Court on defendant's motion to reconsider the Order granting

plaintiff's motion for leave to proceed *in forma pauperis*.  The Court will grant the motion.

### DISCUSSION

Pursuant to the Prison Litigation Reform Act ("PLRA"), a prisoner may not proceed *in

forma pauperis* if while incarcerated he has filed at least three prior cases that were dismissed as

frivolous, malicious, or for failure to state a claim. 28 U.S.C. § 1915(g); *see Ibrahim v. District

of Columbia*, 463 F.3d 3, 6 (D.C. Cir. 2006); *Ibrahim v. District of Columbia*, 208 F.3d 1032,

1033 (D.C. 2000); *Smith v. District of Columbia*, 182 F.3d 25, 29 (D.C. Cir. 1999).  There is an

exception for a prisoner who shows that he "is under imminent danger of serious physical injury"

at the time he files suit. 28 U.S.C. § 1915(g).

According to defendant, court records reflect that plaintiff has accumulated more than

"three strikes" for purposes of the PLRA, and therefore he is not eligible to proceed *in forma

pauperis*. *See* Memorandum of Points and Authorities in Support of Defendant's Motion for

1

Reconsideration and to Stay Proceedings ("Def.'s Mot.") at 3-5 & Ex. 1-2. Defendant moves to stay the proceedings until such time as plaintiff pays the filing fee in full. Def.'s Mot. at 5.

Plaintiff opposes defendant's motion and demands "strict proof that the suits he allegedly filed and received 'strikes' on are his." Reply in Opposition to Motion for Reconsideration of Order Granting Plaintiff's Motion to Proceed In Forma Pauperis and to Stay Proceedings at 1. He claims "not [to] recall many of those suits [and] does not conceed [sic] that strikes were [or] should have been assessed" on the ground that the cases 'were dismissed before the defendants were served." *Id.* In addition, he asserts that a case dismissed without prejudice "should not have received a strike." *Id.*

The Court takes judicial notice of the records of this Court and of other federal district courts. *See, e.g., Dupree v. Jefferson*, 666 F.2d 606, 608 n.1 (D.C. Cir. 1981) (taking judicial notice of record in related civil action "pursuant to [its] authority to judicially notice related proceedings in other courts") (citations omitted); *Baker v. Henderson*, 150 F. Supp. 2d 13, 15 (D.D.C. 2001) (noting that the court make take judicial notice of matters of general public nature, including court records, without converting motion to dismiss into a motion for summary judgment). Plaintiff is denied *in forma pauperis* status under Section 1915(g) in both the United States Court of Appeals for the Eleventh Circuit and the United States District Court for the Southern District of Mississippi. *See* Def.'s Mot., Ex. 1-2, 4. Moreover, plaintiff now is barred from proceeding *in forma pauperis* in this Court. *See Banks v. Lawson*, Misc. No. 08-0277 (RCL) (D.D.C. May 2, 2008) (order dismissing action under Section 1915(g) without prejudice to refiling after payment of filing fee); *Banks v. Greer*, Misc. No. 08-0308 (RCL) (D.D.C. May 5, 2008), *appeal docketed sub nom. In re Frederick Banks*, No. 08-5151 (D.C. Cir. May 28, 2008)

2

(construed as petition for writ of mandamus); *Banks v. United States of Am.*, Misc. No. 08-0309

(RCL) (D.D.C. May 5, 2008), *appeal docketed sub nom. In re Frederick Banks*, No. 08-5154

(D.C. Cir. May 28, 2008) (construed as petition for writ of mandamus).

Review of the complaint shows that plaintiff brings this action against the Federal Bureau

of Prisons under the Privacy Act, *see* 5 U.S.C. § 552a. *See* Compl. at 1, 6-8 & Ex. A-B. He

alleges that defendant failed to produce records maintained by the Education Department

pertaining to plaintiff. *See id.*, Ex. B. Nothing in the pleading suggests that plaintiff is in

imminent danger of serious physical injury. Absent such an allegation, plaintiff does not

overcome the bar imposed by Section 1915(g).

## CONCLUSION

The Court concludes that plaintiff is barred under 28 U.S.C. § 1915(g) from proceeding

*in forma pauperis* in this action. Accordingly, the Court grants defendant's motion for

reconsideration, vacates the Order previously granting plaintiff *in forma pauperis* status, and

stays proceedings for 30 days so that plaintiff has an opportunity to pay the filing fee in full. An

Order consistent with this Memorandum Opinion will be issued separately.

Signed:       EMMET G. SULLIVAN
             United States District Judge

Dated:        June 10, 2008

3

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FREDERICK BANKS,                      )
                                     )
            Plaintiff,               )
                                     )
    v.                               )        Civil Action No.  08-0018  (EGS)
                                     )
FEDERAL BUREAU OF PRISONS,           )
                                     )
            Defendant.               )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that  Defendant's Motion for Reconsideration and to Stay Proceedings [Dkt.

#11] is GRANTED.  It is further

ORDERED that the Order granting plaintiff's application to proceed *in forma pauperis*

[Dkt. #6] is VACATED, and that plaintiff's *in forma pauperis* status is REVOKED.   It is further

ORDERED that all proceedings in this civil action are STAYED for 30 days after the

date of entry of this Order.  Within this 30-day period, plaintiff shall pay in full to the Clerk of

Court the $350 filing fee.  If plaintiff fails to make such payment timely, the Court will dismiss

this civil action without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure

for failure to prosecute.

SO ORDERED.

Signed:        EMMET G. SULLIVAN
               United States District Judge

Dated:         June 10, 2008