UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Frederick Banks, Plaintiff,

v.

Harley Lappin et al.,

Defendants

Civil Action No. 1:08-cv-00152-EGS

RECEIVED
JUN 26 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff's Reply to Defendants' Motion for Reconsideration of Order Granting Plaintiff's Motion to Proceed In Forma Pauperis and to Stay Proceedings

Plaintiff Frederick Banks ("Banks") hereby responds to the above captioned motion of Defendants. For the foregoing reasons defendants' motion should be denied.

Defendants seek to have this Court revoke Banks' IFP status under the Prison Litigation Reform Act (PLRA) of 28 USC § 1915 and stay these proceedings. As Defendants recognize this proceeding, at least in part is a Mandamus Action. See Defendants' Motion at page 3. "He requests that this Court issue a writ of Mandamus compelling BOP officials to permit him to freely exercise his religion, to give him equal access to the prison chapel and chapel band equipment; and to cease "hindering and obstructing" his legal and religious mail. Compl at I."

Unfortunately, for Defendants the PLRA does not apply to a Mandamus Action. See Banks v. United States Atty, 1:08cv58 LMB (E.D. VA 2008) (noting Banks has more than four strikes but granting IFP motion because PLRA does not apply); In re Phillips, 133 F.3d 770, 771 (10th Cir 1998).

Accordingly, Defendants' motion must be denied.

WHEREFORE, The Plaintiff Frederick Banks respectfully requests that Defendants' motion be denied.

Respectfully Submitted,

*[signature]*
Frederick Banks
05711-068, IAU
PO Box 5000
Yazoo City, MS 39194

PLAINTIFF

Certificate of Service

I hereby certify that on this 19th day of June, 2008 I served a true and correct copy of the foregoing by mail delivery upon the following:

John C. Truong, AUSA
555 4th Street, N.W.
Civil Division
Washington, D.C. 20530

*[signature]*
Frederick Banks