UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERICK H. BANKS ) | |
| ) | |
| Pro Se Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 1:08-cv-00152-EGS |
| ) | |
| HARLEY LAPPIN et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 8, 2008, Defendant's <u>Reply In Support of Defendant's Motion For Reconsideration and To Stay Proceedings</u> was served by First Class Mail on *pro se* Plaintiff, with postage prepaid, addressed as follows:

Frederick H. Banks, #05711-068
Federal Correctional Institution Yazoo City (Low)
P.O. Box 5000
Yazoo City, MS 39194-5000

Dated: July 8, 2008.                    Respectfully Submitted,

   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406
Attorneys for Defendant