UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERICK BANKS, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   Civil Action No.  08-0152  (EGS) |
| | ) |
| HARLEY LAPPIN, *et al.*, | ) |
| | ) |
|     Respondents. | ) |

**<u>ORDER</u>**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED respondents' Motion for Reconsideration of Order Granting Petitioner's Motion to Proceed In Forma Pauperis and to Stay Proceedings [Dkt. #11] is GRANTED.  It is further

ORDERED that the Order granting petitioner's application to proceed *in forma pauperis* [Dkt. #5] is VACATED, and that petitioner's *in forma pauperis* status is REVOKED.   It is further

ORDERED that all proceedings in this civil action are STAYED for 30 days after the date of entry of this Order.  Within this 30-day period, petitioner shall pay in full to the Clerk of Court the $350 filing fee.  If petitioner fails to make such payment timely, the Court will dismiss this civil action without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Signed:     EMMET G. SULLIVAN
             United States District Judge

Dated:     July 25, 2008