UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERICK BANKS, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08-0152 (EGS) |
| HARLEY LAPPIN, *et al.*, | ) |
| Respondents. | ) |

**ORDER**

In its July 25, 2008 Order, the Court revoked plaintiff's *in forma pauperis* status and ordered him to pay in full to the Clerk of Court the $350 filing fee within 30 days. Plaintiff has failed to make such payment timely, and, as the Order advised, the Court will dismiss this civil action.

Accordingly, it is hereby

ORDERED that the stay is LIFTED, and it is further

ORDERED that plaintiff's motion for attorneys fees [Dkt. # 8] is DENIED WITHOUT PREJUDICE, and it is further

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Signed:   EMMET G. SULLIVAN
          United States District Judge

Dated:    September 4, 2008